FILED IN CHAMBERS
U.S.D.C. - Rome
NOV 1 3 2013
JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JAVIER NUNEZ-GONZALEZ, BOP No. 60817-019, | MOTION TO VACATE 28 U.S.C. § 2255 |
| Movant, | |
| v. | CRIMINAL ACTION NO. 4:10-CR-19-RLV-WEJ-1 |
| UNITED STATES OF AMERICA, | |
| Respondent. | CIVIL ACTION NO. 4:12-CV-145-RLV-WEJ |

### O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 13th day of November, 2013.

ROBERT L. VINING, JR.
Senior United States District Judge